FILED
FEB 24 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY J. HELLINGS
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXTRADITION OF<br><br>JOSHUA MOSES MORALES<br>  aka Josue Moises Morales,<br><br>             Fugitive. | NO. 1:10-mc-00008 SMS<br><br>ORDER AUTHORIZING PROVISIONAL ARREST PURSUANT TO 18 U.S.C. § 3184 |

BEFORE ME, a United States Magistrate Judge for the Eastern District of California, personally appeared Assistant United States Attorney Ian L. Garriques, the complainant herein, whose complaint made under oath in accordance with 18 U.S.C. § 3184 sets forth facts on the basis of which I find probable cause to believe that JOSHUA MOSES MORALES, aka Josue Moises Morales, should be apprehended and brought before this Court to the end that the evidence of criminality may be heard and considered as provided in 18 U.S.C. § 3184 and the Extradition Treaty between the United States and Mexico.

IT IS THEREFORE ORDERED that a warrant for the provisional arrest of JOSHUA MOSES MORALES, aka Josue Moises Morales, be issued.

Dated: 2/24/10

/s/ Sandra M. Snyder
THE HON. SANDRA M. SNYDER
United States Magistrate Judge

1