```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  IAN L. GARRIQUES
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, CA 93721
    Tel: (559) 497-4000
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              EASTERN DISTRICT OF CALIFORNIA
10
11  IN RE EXTRADITION OF        ) Case No. 1:10-mc-00008 SMS
                                )
12  JOSHUA MOSES MORALES        ) STIPULATION TO CONTINUE STATUS
       aka Josue Moises Morales,) CONFERENCE; ORDER
13                              )
              Fugitive.         ) Date:  July 15, 2010
14                              ) Time:  1:30 p.m.
                                ) Judge: TBD
15  _____)
16
```

17      **IT IS HEREBY STIPULATED** by and between the parties hereto,

18  and through their respective attorneys of record herein, that **the**

19  **status conference now set for June 10, 2010, may be continued to**

20  **July 15, 2010, at 1:30 p.m.**

21      The reason for the continuance is to allow time for

22  additional case preparation and investigation.  In particular,

23  counsel for Mr. Morales requires additional time for

24  investigation and preparation prior to resolution of the pending

25  ///

26  ///

27  ///

28  ///

extradition matter.

Dated: June 9, 2010                    Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                By:    /s/ Ian L. Garriques
                                       IAN L. GARRIQUES
                                       Assistant U.S. Attorney


                                       DANIEL J. BRODERICK
                                       Federal Defender

Dated: June 9, 2010             By:    /s/ Victor M. Chavez
                                       VICTOR M. CHAVEZ
                                       Attorney for JOSHUA MORALES


**O R D E R**

**IT IS HEREBY ORDERED** that the status conference currently scheduled for June 10, 2010, be continued to July 15, 2010, at 1:30 p.m.



IT IS SO ORDERED.

**Dated:   June 10, 2010**              /s/ **Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE