1 BENJAMIN B. WAGNER
United States Attorney
2 IAN L. GARRIQUES
Assistant U.S. Attorney
3 4401 Federal Building
2500 Tulare Street
4 Fresno, CA 93721
Tel: (559) 497-4000
5

6

7

8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 IN RE EXTRADITION OF      ) Case No. 1:10-mc-00008 SMS
                                )
12 JOSHUA MOSES MORALES      ) STIPULATION TO CONTINUE STATUS
   aka Josue Moises Morales, ) CONFERENCE; ORDER
13                                 )
             Fugitive.    ) Date: August 26, 2010
14                                 ) Time: 1:30 p.m.
                                ) Judge: Judge Snyder
15 _____)

16

17     **IT IS HEREBY STIPULATED** by and between the parties hereto,

18 and through their respective attorneys of record herein, that **the**

19 **status conference now set for July 15, 2010, may be continued to**

20 **August 26, 2010, at 1:30 p.m before Judge Sandra M. Snyder in**

21 **courtroom 7.**

22     The reason for the continuance is to allow time for

23 additional case preparation and investigation.  In particular,

24 counsel for Mr. Morales requires additional time for case

25 investigation and preparation prior to resolution of the pending

26 ///

27 ///

28 ///

///

extradition matter.

```
Dated: July 13, 2010                 Respectfully submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney

                                By:  /s/ Ian L. Garriques
                                     IAN L. GARRIQUES
                                     Assistant U.S. Attorney



                                     DANIEL J. BRODERICK
                                     Federal Defender

Dated: July 13, 2010            By:  /s/ Victor M. Chavez
                                     VICTOR M. CHAVEZ
                                     Attorney for JOSHUA MORALES
```

### **O R D E R**

**IT IS HEREBY ORDERED** that the status conference currently scheduled for July 15, 2010, be continued to August 26, 2010, at 1:30 p.m. before Judge Sandra M. Snyder in courtroom 7.


IT IS SO ORDERED.

**Dated:   July 14, 2010**                    /s/ **Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE