1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, CA 93721
   Tel: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXTRADITION OF | Case No. 1:10-mc-00008 SMS |
| JOSHUA MOSES MORALES aka Josue Moises Morales, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| Fugitive. | Date: September 22, 2010<br>Time: 1:30 p.m.<br>Judge: Hon. Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that **the status conference now set for August 26, 2010, may be continued to September 22, 2010, at 1:30 p.m.**

The reason for the continuance is to allow time for additional case preparation. Counsel for Mr. Morales has indicated that some investigation has been completed on his behalf and he needs additional time to review the new investigative materials and to prepare for a potential

///
///
///

extradition hearing in this matter.

Dated: August 25, 2010                    Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                      By:  /s/ Ian L. Garriques
                                          IAN L. GARRIQUES
                                          Assistant U.S. Attorney


                                          DANIEL J. BRODERICK
                                          Federal Defender

Dated: August 25, 2010                By:  /s/ Victor M. Chavez
                                          VICTOR M. CHAVEZ
                                          Attorney for JOSHUA MORALES


**O R D E R**

**IT IS HEREBY ORDERED** that the status conference currently scheduled for August 26, 2010, be continued to September 22, 2010, at 1:30 p.m. before Magistrate Judge Dennis L. Beck.


IT IS SO ORDERED.

**Dated:   August 25, 2010**                    /s/ Gary S. Austin
                                          UNITED STATES MAGISTRATE JUDGE