1 BENJAMIN B. WAGNER
United States Attorney
2 IAN L. GARRIQUES
Assistant U.S. Attorney
3 4401 Federal Building
2500 Tulare Street
4 Fresno, CA 93721
Tel: (559) 497-4000
5
6
7
8 UNITED STATES DISTRICT COURT
9 EASTERN DISTRICT OF CALIFORNIA
10

11 IN RE EXTRADITION OF          ) Case No. 1:10-mc-00008 SMS
                                 )
12 JOSHUA MOSES MORALES          ) STIPULATION TO CONTINUE STATUS
     aka Josue Moises Morales,   ) CONFERENCE; [PROPOSED] ORDER
13                               )
                  Fugitive.      ) Date:  September 30, 2010
14                               ) Time:  1:30 p.m.
                                 ) Judge: Hon. Sandra M. Snyder
15 _____ )
16

17 **IT IS HEREBY STIPULATED** by and between the parties hereto,

18 and through their respective attorneys of record herein, that **the**

19 **status conference now set for September 22, 2010, may be**

20 **continued to September 30, 2010, at 1:30 p.m**.

21     The continuance is requested due to the fact that counsel

22 for Mr. Morales is out of the office this week.  The parties also

23 need further time to discuss how to proceed in this case.

24 Dated: September 20, 2010           Respectfully submitted,

25                                     BENJAMIN B. WAGNER
                                       United States Attorney
26
                                   By:  /s/ Ian L. Garriques
27                                      IAN L. GARRIQUES
                                        Assistant U.S. Attorney
28

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | DANIEL J. BRODERICK<br>Federal Defender |
| 3 | Dated: September 20, 2010 | By:  /s/ Victor M. Chavez |
| 4 | | VICTOR M. CHAVEZ<br>Attorney for JOSHUA MORALES |

**O R D E R**

The status conference currently scheduled for September 22, 2010, is continued to September 30, 2010, at 1:30 p.m.

IT IS SO ORDERED.

Dated:   **September 20, 2010**            **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE